UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ILLINOIS

IN RE: THERESA HOWARD,           )          Chapter 13
                                 )
   Debtor                        )          Case No: 18-30101

**MOTION FOR LEAVE TO ALLOW LOAN MODIFICATION**

NOW COMES Debtor by and through her undersigned attorney and for her Motion for Leave to Allow Loan Modification, state as follows.

1. Debtor filed a Chapter 13 Bankruptcy on January 30, 2018.
2. Debtor has a mortgage regarding the property located at 1507 N. 25th St., East St. Louis, IL 62204.
3. Debtor desires to obtain a loan modification.
4. The interest rate will decrese from 10.5 percent to 10.063 percent.
5. The principal balance that will be owed to the mortgage company is $18,882.63.
6. The monthly payment will be $239.68 (Principal and Interest).

WHEREFORE, Debtor request that the court enter an order approving the Motion for Leave to Allow Loan Modification.

RESPECTFULLY SUBMITTED,

By: __/s/J.D. Graham_____
   J.D. Graham 06211732
   J.D. GRAHAM, P.C.
   #1 Eagle Center, Suite 3A
   O'Fallon, IL 62269
   (618) 235-9800
   (618) 235-9805 fax
   jd@jdgrahamlaw.com

## CERTIFICATE OF SERVICE

      Comes now Theresa Howard, by and through her attorney, and certifies that on September 8, 2021, via first-class mail, postage prepaid, a true and accurate copy of the Motion for Leave to Allow Loan Modification was served upon the following people that were not served electronically:

All creditors listed on matrix.

                                                            /s/Julia A. Black