IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | In proceedings under |
|   Theresa E Howard | ) | Chapter 13 |
| | ) | |
| | ) | |
|       Debtor(s). | ) | Bk. No.:  18-30101 |
| | ) | |

### TRUSTEE'S OBJECTION TO MOTION FOR LEAVE TO ALLOW LOAN MODIFICATION

COMES NOW, RUSSELL C. SIMON, Chapter 13 Trustee, and states the following objection:

While the Trustee has no objection to the loan modification; the Trustee would note that we are making payments on the on-going mortgage, limbo and the mortgage arrears. Further, the Trustee will continue to make said payments absent an amended plan.

WHEREFORE: Russell C. Simon, Chapter 13 Trustee, respectfully prays this Court to deny the approval of the Motion For Leave To Allow Loan Modification.

                                        **/s/ Russell C. Simon**
                                        RUSSELL C. SIMON, Trustee
                                        Chapter 13 Trustee
                                        24 Bronze Pointe
                                        Swansea, Illinois  62226
                                        Telephone: (618) 277-0086
                                        Telecopier: (618) 234-0124

Dated: September 20, 2021
CN

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the above and foregoing Trustee's Objection to Motion For Leave To Allow Loan Modification was served on the parties listed below by ordinary U.S. Mail (with the correct postage prepaid and deposited in the U.S. Mail in Belleville, IL) or served electronically through the Court's ECF System at the email address registered with the Court on this day, Monday, September 20, 2021.

<u>/s/Chantelle</u>

Theresa E Howard
1507 N 25th St
E St Louis, IL  62204


.J D GRAHAM
1 EAGLE CENTER STE 3A
OFALLON, IL 62269