**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| In Re: | ) | In Proceedings |
| | ) | Under Chapter 13 |
| THERESA E. HOWARD, | ) | |
| | ) | Bk. No. 18-30101 |
| Debtor. | ) | |

**AGREED ORDER RESOLVING TRUSTEE'S**
**OBJECTION TO MOTION FOR LEAVE TO ALLOW LOAN MODIFICATION**

    This Matter comes before the Court on the Trustee's Objection to Debtor's Motion for Leave to Allow Loan Modification. The parties having announced to the Court that they have reached an agreement concerning the Trustee's Objection, the terms and conditions of which are set forth herein, and the Court being advised in the premises; IT IS ORDERED:

    The Debtor's Motion for Leave to Allow Loan Modification is GRANTED.

    The Debtor is hereby granted 21 days in which to file an Amended Plan to address the loan modification.

    The Debtor is hereby granted 21 days in which to file an Amended Schedule J.

    IT IS FURTHER ORDERED that in the event the Debtor fails to comply within the time limits set forth above, this case shall be automatically dismissed without further notice or hearing.

    Counsel for the moving party shall serve a copy of this Order by mail to all interested parties who were not served electronically.

ENTERED: October 27, 2021

                                                    /s/ Laura K. Grandy
                                        UNITED STATES BANKRUPTCY JUDGE/2

Agreed to:

/s/ Russell C. Simon                                  /s/ J.D. Graham
Chapter 13 Trustee                                      Debtor's Counsel