**Fill in this information to identify the case:**

Debtor 1: Theresa E Howard

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Southern District of Illinois (State)

Case number: 18-30101-lkg

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

Name of creditor: Community Loan Servicing, LLC

Court claim no. (if known): 6

Last 4 digits of any number you use to identify the debtor's account: 1083

Does this notice supplement a prior notice of postpetition fees, expenses, and charges?

☐ No
☑ Yes. Date of the last notice: 6 / 28 / 2018

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | Amount |
|---|---|---|
| 1. Late charges | | (1) $ ___ |
| 2. Non-sufficient funds (NSF) fees | | (2) $ ___ |
| 3. Attorney fees | | (3) $ ___ |
| 4. Filing fees and court costs | | (4) $ ___ |
| 5. Bankruptcy/Proof of claim fees | | (5) $ ___ |
| 6. Appraisal/Broker's price opinion fees | | (6) $ ___ |
| 7. Property inspection fees | | (7) $ ___ |
| 8. Tax advances (non-escrow) | | (8) $ ___ |
| 9. Insurance advances (non-escrow) | | (9) $ ___ |
| 10. Property preservation expenses. Specify: ___ | | (10) $ ___ |
| 11. Other. Specify: Amended Plan Review | 3/11/2021 | (11) $ 200.00 |
| 12. Other. Specify: ___ | | (12) $ ___ |
| 13. Other. Specify: ___ | | (13) $ ___ |
| 14. Other. Specify: ___ | | (14) $ ___ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2     Notice of Postpetition Mortgage Fees, Expenses, and Charges     page 1

Debtor 1  **Theresa E Howard**
First Name   Middle Name   Last Name

Case number (if known) 18-30101-lkg

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

X /s/ Bryan Fairman
Signature

Date 8/31/2021

Print: **Bryan S. Fairman**
First Name   Middle Name   Last Name

Title **Authorized Agent for Creditor**

Company **Aldridge Pite, LLP**

Address **4375 Jutland Dr. Suite 200; P.O. Box 17933**
Number   Street
**San Diego**   **CA**   **92177**
City   State   ZIP Code

Contact phone ( 858 ) 750 – 7600

Email bfairman@aldridgepite.com

ALDRIDGE PITE, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF ILLINOIS (EAST ST. LOUIS)

| | |
|---|---|
| In re<br><br>THERESA E HOWARD AKA THERESA HOWARD,<br><br>Debtor(s). | Case No. 18-30101-lkg<br><br>Chapter 13<br><br>**PROOF OF SERVICE** |

I, Amber Finch, declare that:

I am employed by Aldridge Pite, LLP. My business address is: Fifteen Piedmont Center, 3575 Piedmont Road, N.E., Suite 500, Atlanta, GA 30305. I am over the age of eighteen years and not a party to this case.

On September 2, 2021, I caused the NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES AND CHARGES to be served in said case by electronic means through the court's CM/ECF system or through United States Mail, addressed as follows: SEE ATTACHED SERVICE LIST.

I declare under penalty of perjury that the foregoing is true.

/s/Amber Finch
AMBER FINCH

PROOF OF SERVICE

- 1 -

## SERVICE LIST

**DEBTOR(S)
(VIA US MAIL)**

Theresa E Howard
1507 N 25th St
East Saint Louis, IL 62204

**DEBTOR(S) ATTORNEY
(VIA ELECTRONIC NOTICE)**

Jerry D Graham, Jr

**CHAPTER 13 TRUSTEE
(VIA ELECTRONIC NOTICE)**

Russell C Simon

**U.S. TRUSTEE
(VIA ELECTRONIC NOTICE)**

United States Trustee

- 2 -

PROOF OF SERVICE